■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAYNORAL A. JACKSON, Appellant. [605 NYS2d 590] —Judgment unanimously reversed on the law and new trial granted. Memorandum: The trial court erred in instructing the jury that "[r]easonable doubt must * * * be based entirely and absolutely upon some good, sound substantial reason" and that the People bore the burden of establishing guilt "to a reasonable degree of certainty" (see, *People v Freeman*, 193 AD2d 1117). We, therefore, reverse defendant's conviction and grant a new trial. The evidence, viewed in the light most favorable to the People (see, *People v Contes*, 60 NY2d 620, 621), is sufficient to support defendant's conviction and the verdict is not against the weight of the evidence (see, *People v Bleakley*, 69 NY2d 490, 495).

In view of our determination, we do not address defendant's remaining contentions. (Appeal from Judgment of Onondaga

County Court, Elliott, J.—Robbery, 1st Degree.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.